IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, ET AL | * * * |
| Plaintiffs | * * |
| v. | * Civil Action No. 8:24-CV-03024-PX * |
| MONTGOMERY COUNTY, MARYLAND, | * * |
| Defendant | * |

## ORDER

**UPON CONSIDERATION** of Defendant's Consent Motion for Extension of Time to Respond to Plaintiffs' Complaint, it is this   8th   day of   November  , 2024, by the District Court for the District of Maryland,

**ORDERED**, that Defendant's Consent Motion for Extension of Time, be and the same is hereby **GRANTED**, and it is further,

**ORDERED**, that Defendant has until January 15, 2025, to file their response to the Complaint; Plaintiffs' Opposition is due March 17, 2025; and Defendant's Reply is due April 15, 2025.

_____/S/_____
Honorable Paula Xinis
United States District Judge