IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, E          *

**Plaintiff,**

                                                   *

**v.**                                                     Case No. 8:24-cv-03024-PX

MONTGOMERY COUNTY, MARYLAND        *

**Defendant.**         *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the amici filers Sierra Club and Chesapeake Climate Action Network

I certify that I am admitted to practice in this Court.

January 13, 2025
Date

Signature (Susan Stevens Miller)

Susan Stevens Miller (06100)
Printed name and bar number

Earthjustice, 1001 G Street NW, Washington, D.C. 20001
Address

smiller@earthjustice.org
Email address

202-667-4500
Telephone number

Fax number