# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, E                *

**Plaintiff,**

                                                                              *

**v.**                                                                        Case No.  8:24-cv-03024-PX

MONTGOMERY COUNTY, MARYLAND                                                   *

**Defendant.**                                                                *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the   amici filers Sierra Club and Chesapeake Climate Action Network

I certify that I am admitted to practice in this Court.

January 15, 2025

Date

Signature

Timothy R. Oberleiton (pro hac admission)

Printed name and bar number

Earthjustice, 1001 G Street NW, Washington, D.C. 20001

Address

toberleiton@earthjustice.org

Email address

202-793-5820

Telephone number

Fax number

EntryofAppearanceCivil (08/2015)