# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____   *
    **Plaintiff,**
                              *
    **v.**                       **Case No.** _____
                              *
_____
    **Defendant.**               *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
                                                          (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                          (name of party)

_____.
                              (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
            (names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span>(name of LLC party)</span>

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____

Date

_____

Signature

_____

Printed name and bar number

_____

Address

_____

Email address

_____

Telephone number

_____

Fax number