**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, ET AL., | \* <br> \* <br> \* |
| Plaintiffs | \* <br> \* |
| v. | \* Civil Action No. 8:24-CV-03024-PX <br> \* |
| MONTGOMERY COUNTY, MARYLAND, | \* <br> \* |
| Defendant | \* |

**PLAINTIFFS' CONSENT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

Plaintiffs, by their undersigned counsel and pursuant to Local Rules 105.2(c) and 105.9, with the consent of Defendant Montgomery County, move to modify the briefing schedule as follows, in light of Plaintiffs' filing of its First Amended Complaint and given that the parties now intend to file cross-motions for summary judgment:

- March 31, 2025: Defendant's Motion to Dismiss/Motion for Summary Judgment (no more than 30 total pages)

- May 30, 2025: Plaintiffs' Opposition to Defendant's Motion to Dismiss and Cross-Motion for Summary Judgment (no more than 45 total pages)

- June 30, 2025: Defendant's Reply and Opposition to Plaintiffs' Cross-Motion for Summary Judgment (no more than 30 total pages)

- July 30, 2025: Plaintiffs' Reply (no more than 15 total pages)

Neither party will be prejudiced by the grant of this request.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an Order granting its Consent Motion for Modification of Briefing Schedule.

Respectfully submitted,

BAKER BOTTS L.L.P.

  /s/ Scott Novak_____
J. Mark Little (*pro hac vice*)
Scott Novak (Bar ID: 1736274)
700 K St NW
Washington, DC
713-229-1489
scott.novak@bakerbotts.com
mark.little@bakerbotts.com

*Counsel for National Association of Home Builders of the United States, Restaurant Law Center, National Apartment Association, Maryland Building Industry Association, and Washington Gas Light Company*

RESTAURANT LAW CENTER

  /s/ Angelo Amador_____
Angelo Amador (Bar ID: 480031)
2055 L St NW
Washington, DC 20036
202-331-5913
AAmador@restaurant.org

*Counsel for Restaurant Law Center*

LIUNA, MID-ATLANTIC REGION

  /s/ Brian Petruska_____
Brian Petruska (Bar ID: 498321)
1875 Explorer Dr, Ste. 920
Reston, VA 20190
703-860-4194
bpetruska@maliuna.org

*Counsel for Philadelphia-Baltimore-Washington Laborers' District Council*

                MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C

                __/s/ Lauren McDermott_____
Lauren McDermott (Bar ID: 1008301)
1920 L St NW
Washington, DC 20036
202-783-0010
lmcdermott@mooneygreen.com

*Counsel for Teamsters Local 96*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, ET AL., | * * * |
| Plaintiffs | * * |
| v. | * Civil Action No. 8:24-CV-03024-PX * |
| MONTGOMERY COUNTY, MARYLAND, | * * |
| Defendant | * |

## [PROPOSED] ORDER

**UPON CONSIDERATION** of Plaintiffs' Consent Motion for Modification of Briefing Schedule, it is this _____ day of _____, 2025, by the District Court for the District of Maryland,

**ORDERED**, that Plaintiffs' Consent Motion for Modification of Briefing Schedule, be and the same is hereby **GRANTED**, and it is further,

**ORDERED**, that Defendant has until March 31, 2025, to file their Motion to Dismiss/Motion for Summary Judgment, which shall be no more than 30 total pages; Plaintiffs' Opposition and Cross-Motion for Summary Judgment is due May 30, 2025, and shall be no more than 45 total pages; Defendant's Reply and Opposition to Plaintiffs' Cross-Motion for Summary Judgment is due June 30, 2025, and shall be no more than 30 total pages; and Plaintiffs' Reply is due July 30, 2025, and shall be no more than 15 total pages.

_____
Honorable Paula Xinis
United States District Judge