## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION OF HOME       *
     BUILDERS, ET AL.,                         *

                                     *

     Plaintiffs                              *

                                     *

     v.                                      * Civil Action No. 8:24-CV-03024-PX

                                     *

MONTGOMERY COUNTY, MARYLAND,      *

                                     *

     Defendant                            *

## [PROPOSED] ORDER

**UPON CONSIDERATION** of Plaintiffs' Consent Motion for Modification of Briefing Schedule, it is this _____day of _____, 2025, by the District Court for the District of Maryland,

**ORDERED**, that Plaintiffs' Consent Motion for Modification of Briefing Schedule, be and the same is hereby **GRANTED**, and it is further,

**ORDERED**, that Defendant has until March 31, 2025, to file their Motion to Dismiss/Motion for Summary Judgment, which shall be no more than 30 total pages; Plaintiffs' Opposition and Cross-Motion for Summary Judgment is due May 30, 2025, and shall be no more than 45 total pages; Defendant's Reply and Opposition to Plaintiffs' Cross-Motion for Summary Judgment is due June 30, 2025, and shall be no more than 30 total pages; and Plaintiffs' Reply is due July 30, 2025, and shall be no more than 15 total pages.

                                       _____

                                       Honorable Paula Xinis
                                       United States District Judge