UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MONTOMERY COUNTY, MARYLAND,<br><br>Defendant. | Case No. 8:24-cv-03024-PX |

### NOTICE OF SUBSTITUTION OF COUNSEL

To the clerk of court and all parties of record:

Please substitute the appearance of Chetan A. Patil as counsel on behalf of the United States of America in the place of Christine L. Coogle. I am admitted or otherwise authorized to practice in this court.

Dated: March 19, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Chetan A. Patil*
CHETAN A. PATIL (DC 999948)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-4968
Email: chetan.patil@usdoj.gov

*Counsel for the United States of America*

1