**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NATIONAL ASSOCIATION OF HOME
BUILDERS OF THE UNITED STATES, et al.

        Plaintiffs,

v.

MONTGOMERY COUNTY, MARYLAND,

        Defendant.

Case No. 8:24-cv-03024-PX

## NOTICE OF WITHDRAWAL OF STATEMENT OF INTEREST

The United States hereby submits this notice that it is respectfully withdrawing its Statement of Interest in this matter, ECF No. 30.

Dated: March 19, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Chetan A. Patil*
CHETAN A. PATIL
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005
Tel: (202) 305-4968
Email: chetan.patil@usdoj.gov

*Counsel for the United States of America*