**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

NATIONAL ASSOCIATION OF
HOME BUILDERS OF THE
UNITED STATES *et al.*,                          *

    Plaintiffs,                                        *

  v.                                                        *            Civil Action No. 8:24-cv-03024-PX

MONTGOMERY COUNTY,
MARYLAND,
                                                            *
    Defendant.
                                                      ***

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 25th day of March, 2026, by the United States District Court for the District of Maryland, **ORDERED** that:

1. The Motion to Dismiss the Amended Complaint, or in the Alternative, Motion for Summary Judgment by Defendant Montgomery County, ECF No. 42, is **GRANTED**;

2. The Cross-Motion for Summary Judgment filed by Plaintiffs, ECF No. 51, is **DENIED**;

3. The Motions for Leave to File Brief Amicus Curiae at ECF Nos. 44, 45 & 52 are **GRANTED**; and

4. The Clerk is directed to **CLOSE** the case.


  3/25/2026                                                  /s/
Date                                                    Paula Xinis
                                                          United States District Judge