FILED: April 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1449
(8:24-cv-03024-PX)

_____

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED
STATES; RESTAURANT LAW CENTER; NATIONAL FEDERATION OF
INDEPENDENT BUSINESS, INC.; MARYLAND BUILDING INDUSTRY
ASSOCIATION; WASHINGTON GAS LIGHT COMPANY; PHILADELPHIA-
BALTIMORE-WASHINGTON LABORERS' DISTRICT COUNCIL;
TEAMSTERS LOCAL 96; NATION PROPANE GAS ASSOCIATION

   Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

   Defendant - Appellee

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:24-cv-03024-PX |
| Date notice of appeal filed in originating court: | 04/14/2026 |
| Appellant(s) | National Association of Home Builders of The United States; Restaurant Law Center; National Federation of Independent Business, Inc.; Maryland Building Industry Association; Washington Gas Light Company; |

|  | Philadelphia-Baltimore-Washington Laborers' District Council; Teamsters Local 96; Nation Propane Gas Association |
|---|---|
| Appellate Case Number | 26-1449 |
| Case Manager | R. Phillips 804-916-2702 |